**98–579. Planet Earth Entertainment, Inc. v. Ohio Liquor Control Comm.**
Franklin App. No. 97APE06–744. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellee's motion to dismiss on suggestion of mootness,
It is ordered by the court that the motion to dismiss on suggestion of mootness be, and hereby is, granted.
MOYER, C.J., DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.
PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

**98–774. Planet Earth Entertainment, Inc. v. Ohio Liquor Control Comm.**
Franklin App. No. 97APE06–744. This cause is pending before the court on the certification of conflict by the Court of Appeals for Franklin County. Upon consideration of appellee's motion to dismiss on suggestion of mootness,
It is ordered by the court that the motion to dismiss on suggestion of mootness be, and hereby is, granted.
MOYER, C.J., DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.
PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

*Wednesday, February 17, 1999*

## MERIT DOCKET

**98–2615. State ex rel. Howard v. Weiher.**
Lucas App. No. L–98–1344. On motion to dismiss and motion for award of reasonable expenses. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.
PFEIFER, J., concurs and would also award attorney fees.
RESNICK, J., not participating.

**98–2672. State ex rel. Sterling v. Eleventh Dist. Appellate Court.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2701. State ex rel. Skotynsky v. Ghee.**
In Mandamus. On answer of respondent and on motion for temporary restraining order and preliminary injunction. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–34. Robinson v. Ohio Adult Parole Auth.**
In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–182. Tye v. State.**
In Habeas Corpus. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–186. Menton v. Money.**
In Habeas Corpus. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.